

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2020

No. 04-19-00688-CV

Marissa **PETERSON,**
Appellant

v.

**HEB GROCERY CO., L.P.,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-19610
Honorable Aaron Haas, Judge Presiding

# O R D E R

On April 30, 2020, appellee filed an unopposed motion for a thirty-day extension of time to file a motion for rehearing. The unopposed motion is GRANTED. It is ORDERED that appellee's motion for rehearing, if any, is due no later than June 8, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court